UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.                                    **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To         **Jonathan Guzman,**
              400 NW 2nd Ave,
              Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____               _____
                                                                                 Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.     **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To    **Michael Bloom,**
    400 NW 2nd Ave,
    Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____     _____
                                                                               Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-CV-23995**

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.  **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To    **Brandon Williams,**
        400 NW 2nd Ave,
        Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____   _____

                                                                                               Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.           **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To    **Miguel Hernandez**
        400 NW 2nd Ave,
        Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____        _____
                                                                                          Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.                  **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To       **Randy Carriel,**
           400 NW 2nd Ave,
           Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____          _____
                                                                                    Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

    v.                                      **[JURY DEMAND]**

**CITY OF MIAMI**, a political subdivision of the State of Florida, **JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS, MIGUEL HERNANDEZ, RANDY CARRIEL,** sued in their individual capacity,
    Defendant.

**SUMMONS ON COMPLAINT**

To:    Mayor Francis Suarez,
        on behalf of the **City of Miami**,
        3500 Pan American Drive
        Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Faudlin Pierre, Pierre Simon, LLC whose address is 600 SW 4th Avenue, Fort Lauderdale, Florida 33315. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____                    _____
                                                                                          Clerk of Court