UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. NO. 21-CV-23995

**SAMUEL SCOTT JR**,
    Plaintiff,

v.

**CITY OF MIAMI**, a political subdivision of



## DECLARATION OF SAMUEL SCOTT JR.

I, Samuel Scott Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and have personal knowledge of the declarations herein.

2. On June 1, 2018, I was the owner of the 2006 black Jeep Compass that was reported stolen. On June 1, 2018, I reported my vehicle stolen to the City of Miami Police Department.

3. Prior to the vehicle being stolen, my work ID was hanging by a lanyard hanging on the rearview mirror.

4. On June 1, 2018, the 2006 black Jeep Compass had tints on the front and rear driver and passenger side windows, and on the outside edges of the windshield.

5. My vehicle was towed by Midtown Towing of Miami Inc.

6. On July 11, 2018, I went to Midtown Towing of Miami, Inc. to retrieve my vehicle.

7. When I saw my vehicle at Midtown Towing of Miami, Inc, my lanyard was still hanging from the rearview mirror without my work ID present.

8. The vehicle still had tints on the front and rear driver and passenger side windows, and on the outside edges of the windshield.

9. I never advised Officer Bloom the following: "advised him that he left the car running at a near-by park with the keys inside, left to visit a relative's house, and returned to the park to find his car missing."

10. On June 1, 2018, I was not in possession of narcotics and my firearm was securely encased. I was nowhere near the crash site at the time my vehicle was reported stolen. My firearm was nearly two miles away where I was located at my aunt's house.

    I declare under penalties of perjury that the foregoing is true and correct.

Executed day of February 15, 2023.

_____
SAMUEL SCOTT JR.