**PLAINTIFF'S EXHIBIT 2**

# COMPLAINT/ARREST AFFIDAVIT

1100302283

| OBTS NUMBER | ARMED FORCES | BWC | | POLICE CASE NO. |
|---|---|---|---|---|
| 1307355132 | NO | YES | | 1806010041785 |

| SPECIAL OPERATION: | FELONY | [X] MISD | [X] TRAFFIC | JUV | DV | MOVES In State | [X] CIV INF Out State | JAIL NO. | PMHD | COURT CASE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | WARRANT | | FUGITIVE WARRANT: | | | | | 180144368 | NO | M18015524 |

| IDS NO. | AGENCY CODE | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. | STUDENT ID NO. | GANG RELATED | FRAUD RELATED |
|---|---|---|---|---|---|---|
| 3216608 | 001 | | 1198017 | | NO | NO |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | ALIAS and / or STREET NAME | SIGNAL: |
|---|---|---|
| SCOTT, SAMUEL JOHNSON JR | | |

| DOB (MM/DD/YYYY) | AGE | RACE | SEX | HISPANIC: ETHNICITY: | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/1975 | 42 | B | M | NO AFR | 5'10 | 210 | BLD | BLD | AFR | BRO | NO | MUS | NOR |

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) | PLACE OF BIRTH (City, State/Country) |
|---|---|
| | MIAMI FL US |

| LOCAL ADDRESS | PHONE | CITIZENSHIP |
|---|---|---|
| | | US |

| PERMANENT ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | OCCUPATION |
|---|---|---|---|---|---|---|
| 17620 NW 41ST AVE | MIAMI GARDENS | FL | US | 33055 | | LABOR |

| SCHOOL OR BUSINESS ADDRESS | (City) | (State) | (Country) | (Zip) | PHONE | ADDRESS SOURCE |
|---|---|---|---|---|---|---|
| | | | | | | DL |

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED | Defendant/CONCEALED WEAPON PERMIT | INDICATION OF: |
|---|---|---|---|---|
| [REDACTED] | [REDACTED] | NO | NONE | Alcohol Infuence: N / Drug Infuence: N |

| ARREST DATE | ARREST TIME | ARREST LOCATION | GRID |
|---|---|---|---|
| 06/01/2018 | 18:05 | 563 NW 48TH ST MIAMI, FL 33127 | 0971 |

| CO-DEFENDANT NAME | DOB | IN CUSTODY / AT LARGE | FELONY / DV | JUVENILE / MISDEMEANOR |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| JUV only | Relation | Name | Street | Zip | Phone | Contacted? |
|---|---|---|---|---|---|---|

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. T/0-LEAVING SCENE OF AN ACCIDENT/PROPERTY DAMAGE | F.S. | 1 | 316.061(1) | | | 90000092 | N | A9YOXRE |
| 2. M/1-FALSE REPORT OF COMMISSION OF A CRIME | F.S. | 1 | 817.49 | | | 90000079 | N | |
| 3. N/0-FIREARM/WEAPON/CONCEALED/FAIL TO CARRY LICENSE | F.S. | 1 | 790.06(1) | | | 00245200 | N | |
| 4. M/1-CANNABIS/POSSESSION/20 GRAMS OR LESS:MARIJUANA | F.S. | 1 | 893.13(6)(B) | | | 0011350A | N | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:
On the 01 day of JUNE, 2018, at 18:05 at 563 NW 48TH ST, MIAMI, FL, 33127

AT THE ABOVE DATE AND TIME ON ROUTINE PATROL I WAS CONDUCTING A RADAR DETAIL ON NW 12TH AVE AND NW 67TH ST. I OBSERVED A BLACK JEEP COMPASS BEARING FL TAG CASL84 TRAVELING SOUTH BOUND ON NW 12TH AVE AT 50 MILES PER AN HOUR IN 30 MILES PER AN HOUR ZONE (A9YOXAE). I THEN MADE A U TURN HEADING SOUTH BOUND TO ATTEMPT TO STOP THE VEHICLE. WITHOUT TURNING MY LIGHTS AND SIRENS, I OBSERVED THE VEHICLE MAKE A HARD-RIGHT TURN ON NW 12TH AVE AND NW 64TH ST. I THEN CONTINUE TO FOLLOW THE VEHICLE ON NW 10TH AVE AND NW 67TH ST WHERE HE FAILED TO STOP AT A STOP SIGN (A9YOXCE). THE VEHICLE THEN TURNED EAST BOUND ON NW 10TH AVE AND NW 71TH ST, ON NW 7TH AVE AND NW 71TH ST HE FAILED TO STOP AT A RED STEADY DEVICE (A9YOXEE). THE VEHICLE THEN MADE A LEFT TURN ON NW 5TH CT NORTH ... [Continued on Next Page]

| HOLD FOR OTHER AGENCY VERIFIED BY | HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. You need not appear in court, but must comply with the instructions on the reverse side hereof. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. *Guzman J.* GUZMAN, J: Court ID: 001-42843 MPD | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 02 DAY OF JUNE, 2018 SAMPSON, G: Court ID: 001-06263 MPD |  |


1100302283

# COMPLAINT/ARREST AFFIDAVIT CONTINUATION

| OBTS NUMBER | | | | | | | POLICE CASE NO. | |
|---|---|---|---|---|---|---|---|---|
| 1307355132 | | | | | | | 1806010041785 | |

| JAIL NO. | COURT CASE NO. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 180144368 | M18015524 | | | | | | | |

| SPECIAL OPERATION: | ☐ FELONY  ☐ WARRANT | X MISD | X TRAFFIC | ☐ JUV  ☐ DV | MOVES FUGITIVE WARRANT: ☐ In State | X CIV INF ☐ Out State | JAIL NO. 180144368 | PMHD NO | COURT CASE NO. M18015524 |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | DOB (MM/DD/YYYY) |
|---|---|
| SCOTT, SAMUEL JOHNSON JR | 09/05/1975 |

| CO-DEFENDANT NAME | DOB | IN CUSTODY ☐ AT LARGE | ☐ FELONY DV | ☐ JUVENILE MISDEMEANOR |
|---|---|---|---|---|
| CO-DEFENDANT NAME | DOB | IN CUSTODY ☐ AT LARGE | ☐ FELONY DV | ☐ JUVENILE MISDEMEANOR |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. T/0-RECKLESS DRIVING/DAMAGE TO PROPERTY OR PERSON | F.S. | 1 | 316.192(3)(ABC)1 | | | 90000092 | N | A9YOXTE |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

BOUND WHERE HE COLLIDED WITH ANOTHER VEHICLE THE DRIVER EXIT THE VEHICLE AND FLED THE SCENE OF THE ACCIDENT ON FOOT (1806010041761), AS HE FLED I OBSERVED A BLACK MALE, BOLD, ABOUT 62, HEAVY SET, WITH A WHITE TANK TOP RUNNING AWAY FROM THE SCENE. I THEN BEGAN MY INVESTIGATION AND CONDUCTED A RECORD CHECK OF THE VEHICLE THAT REVEALED THAT THE OWNER WAS SAMUEL JOHNSON SCOTT JR . I CONDUCTED A SEARCH OF THE VEHICLE WHERE IN PLAIN VIEW I FOUND A PICTURE ID OF THE DEFENDANT (SAMUEL JOHNSON SCOTT JR) HANGING FROM THE REAR VIEW MIRROR. IN THE VEHICLE IN PLAIN VIEW I FOUND BLACK AND SILVER SMITH AND WESSON .40 CALIBER ON THE FRONT PASSENGER FLOOR NOT PROPERLY ENCASED IN GLOVE BOX OR CENTER COUNSEL. ALSO IN PLAIN VIEW IN THE CENTER COUNSEL I FOUND 4 PLASTIC BAGGIES WITH GREEN SPOTS WITH SUSPECTED MARIJUANA. AT ABOUT 5:40PM A CALL WAS RECEIVED THROUGH THE CITY OF MIAMI DISPATCHERS OF A STOLEN JEEP COMPASS FL TAG CASL84 ON 563 NW 48TH ST AND THE COMPLAINANT STATED THAT THE VEHICLE WAS TAKEN FROM NW 6TH AVE AND NW 48TH ST AT APPROXIMATELY 40 MINUTES DELAY. I THEN WAS ADVISED THAT THE PERSON REPORTING THE STOLEN VEHICLE MATCHED THE DESCRIPTION OF THE OFFENDER THAT FLED THE SCENE OF THE HIT AND RUN. UPON ARRIVAL THE COMPLAINANT WAS WEARING THE SAME CLOTHING DESCRIPTION AS ABOVE AND I WAS ABLE TO ID THE SUSPECT THAT FLED THE HIT AND RUN. AT THIS POINT THE DEFENDANT SAMUEL JOHNSON SCOTT JR WAS GIVEN A STOLEN VEHICLE AFFIDAVIT BY OFC. BLOOM (IBM 43732) AND ADVISED THAT IS A LEGAL DOCUMENT AND IF HE MADE A FALSE REPORT HE COULD BE ARRESTED, THE DEFENDANT ACKNOWLEDGED AND UNDERSTOOD WHAT OFFICER BLOOD HAD ADVISED HIM AND SIGN THE AFFIDAVIT (1806010041764). DEFENDANT WAS TRANSPORTED TO CITY OF MIAMI CENTRAL STATION WHERE HE WAS READ MIRANDA BY CARD TO BE INTERVIEW BY DET. MARTINEZ. DEFENDANT WAS ARRESTED AND TRANSPORTED TO TGK.

OFFICERS USING BODY-WORN CAMERA:
WILLIAMS, B: Court ID: 001-43291
GUZMAN, J: Court ID: 001-42843

| HOLD FOR OTHER AGENCY VERIFIED BY | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | ☐ I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.  *Guzman J.*  GUZMAN, J: Court ID: 001-42843 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 02 DAY OF JUNE, 2018  *SGT G___ 6263*  SAMPSON, G: Court ID: 001-06263 | ☐ You need not appear in court, but must comply with the instructions on the reverse side hereof. |