# FLORIDA TRAFFIC CRASH REPORT

LONG FORM ☑  SHORT FORM ☐  UPDATE ☐
(Shaded Areas)

MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING
TALLAHASSEE, FL 32399-0537

TOTAL # OF VEHICLE SECTION(S): 2
TOTAL # OF PERSON SECTION(S): 1
TOTAL # OF NARRATIVE SECTION(S): 1

## CRASH IDENTIFIERS

| CRASH DATE | TIME OF CRASH | DATE OF REPORT | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|
| 06/01/2018 | 6:22 PM | 06/01/2018 | 1806010041761 | 87851296 |

| COUNTY CODE | CITY CODE | COUNTY OF CRASH | PLACE OR CITY OF CRASH | CHECK IF WITHIN CITY LIMITS | TIME REPORTED | TIME DISPATCHED |
|---|---|---|---|---|---|---|
| 01 | 66 | MIAMI-DADE | MIAMI | ☑ | 6:47 PM | 6:47 PM |

| TIME ON SCENE | TIME CLEARED SCENE | CHECK IF COMPLETED | REASON (If Investigation NOT Complete) | Notified By: 1 Motorist / 2 Law Enforcement |
|---|---|---|---|---|
| 6:47 PM | 7:31 PM | ☑ | | 2 |

## ROADWAY INFORMATION (CHOOSE ONLY 1 OF 4 OPTIONS)

CRASH OCCURRED ON STREET, ROAD, HIGHWAY: NW 72ND ST
[1] AT STREET ADDRESS #: 515
[2] AT LATITUDE AND LONGITUDE:

AT FEET / MILES: N ☑ S ☐ E ☐ W ☐
[3] AT/FROM INTERSECTION WITH STREET, ROAD, HIGHWAY: 100TH AVE
[4] OR FROM MILEPOST #:

Road System Identifier: 5
1 Interstate, 2 U.S., 3 State, 4 County, 5 Local, 6 Turnpike/Toll, 7 Forest Road, 8 Private Roadway, 9 Parking Lot, 77 Other, Explain in Narrative

Type of Shoulder: 3
1 Paved, 2 Unpaved, 3 Curb

Type of Intersection: 3
1 Not at Intersection, 2 Four-Way Intersection, 3 T-Intersection, 4 Y-Intersection, 5 Traffic Circle, 6 Roundabout, 7 Five-Point, or More, 77 Other, Explain in Narrative

## CRASH INFORMATION (CHECK IF PICTURES TAKEN) ☐

Light Condition: 1 (Daylight)
Weather Condition: 1 (Clear)
Roadway Surface Condition: 1 (Dry)
School Bus Related: 1 (No)
Manner of Collision/Impact: (blank)

First Harmful Event: 15
First Harmful Event within Interchange: 1 (No)
First Harmful Event Location: 10 (Roadside)
First Harmful Event Relation to Junction: 77

Contributing Circumstances: Road: 1 (None)
Contributing Circumstances: Environment: 1 (None)

Work Zone Related: 1 (No)
Crash in Work Zone: (blank)
Type of Work Zone: (blank)
Workers in Work Zone: (blank)
Law Enforcement in Work Zone: (blank)

## WITNESSES

| NAME | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## NON VEHICLE PROPERTY DAMAGE

| VEH. # | PER # | PROPERTY DAMAGE - OTHER THAN VEH. | EST. AMT. | OWNER'S NAME | (CHECK IF BUSINESS) | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | |
| | | | | | ☐ | | | |

HSMV 90010 S            Page 1 of 6

**PLAINTIFF'S EXHIBIT 4**

# Florida Traffic Crash Report - Vehicle 1

**VEHICLE #:** 1
**Check if Commercial:** ☐
**Reporting Agency Crash Report Number:** 1806010041761
**Additional Number:** 87851296

## Vehicle Information

| Field | Value |
|---|---|
| Vehicle in Transport / Parked Motor Vehicle / Working Vehicle | 1 |
| VEHICLE LICENSE NUMBER | CASL84 |
| STATE | FL |
| REGISTRATION EXPIRES | 09/05/2018 |
| Check if Permanent Registration | ☐ |
| VIN | 1J8FF57W17D598076 |
| Hit and Run (1 No, 2 Yes, 88 Unknown) | 2 |
| YEAR | 2007 |
| MAKE | JEEP |
| MODEL | COMPASS |
| STYLE | 4 DOOR SEDAN |
| COLOR | BLACK - BLK |
| DAMAGE (1 Disabling, 2 Functional, 3 None, 4 Minor, 88 Unknown) | 2 |
| EST. AMOUNT | $2,000.00 |
| INSURANCE COMPANY (DRIVER) | GEICO INDEMNITY COMPANY |
| INSURANCE POLICY NUMBER | 4406320061 |
| Towed due to Damage (1 No, 2 Yes) | 2 |
| VEHICLE REMOVED BY | MIDTOWN TOWING |
| Removal Reason (1 Rotation, 2 Owner Request, 3 Driver, 4 Other) | 1 |
| NAME OF VEHICLE OWNER | SAMUEL JOHNSON SCOTT |
| CURRENT ADDRESS | 17620 NW 41ST AVE |
| CITY & STATE | MIAMI, FL |
| ZIP | 33055 |

## Trailer Information

| | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|
| Trailer One | | | | | | | | | |
| Trailer Two | | | | | | | | | |

## Travel and Impact

- **VEHICLE TRAVELING:** E
- **ON STREET, ROAD, HIGHWAY:** NW 72ND ST
- **AT EST. SPEED:** 50
- **POSTED SPEED:** 30
- **TOTAL LANES:** 2
- **HAZ. MAT. RELEASED:** (blank)
- **HAZ. MAT. PLACARD:** (blank)
- **Area of Initial Impact:** 02
- **Most Damaged Area:** 02

**MOTOR CARRIER NAME:** (blank)
**US DOT NUMBER:** (blank)
**MOTOR CARRIER ADDRESS:** (blank)

## Codes

- **Vehicle Body Type:** 1 (Passenger Car)
- **Trafficway:** 1 (Two-Way, Not Divided)
- **Comm/Non-Commercial:** (blank)
- **Commercial Motor Vehicle Configuration:** (blank)
- **Most Harmful Event:** 14
- **Sequence of Events:** 1st: 14, 2nd: (blank), 3rd: (blank), 4th: (blank)
- **Comm GVWR/GCWR:** 4
- **Vehicle Maneuver Action:** 77
- **Traffic Control Device For This Vehicle:** 1
- **Vehicle Defects:** 1
- **Emergency Vehicle Use:** 1
- **Roadway Grade:** 1 (Level)
- **Roadway Alignment:** 1 (Straight)
- **Special Function of Motor Vehicle:** 88

## Violations

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

HSMV 90010 S          Page 2 of 6

# Florida Traffic Crash Report - Person #1

**Reporting Agency Case Number:** 1806010041761
**HSMV Crash Report Number:** 87851296

## Person Information

| Field | Value |
|---|---|
| PERSON # | 1 |
| Type | 1 Driver |
| VEHICLE # | 1 |
| NAME | SAMUEL JOHNSON SCOTT |
| PHONE NUMBER | |
| Check if Recommend Driver Re-exam | |
| CURRENT ADDRESS | 17620 NW 41ST AVE |
| CITY & STATE | MIAMI, FL |
| ZIP CODE | 33055 |
| DATE OF BIRTH | 09/05/1975 |
| SEX | 1 (Male) |
| DRIVERS LICENSE NUMBER | S-300-790-75-325-0 |
| STATE | FL |
| EXPIRES | 09/05/2018 |
| INJURY SEVERITY (INJ) | 1 (None... 4 Incapacitating, 5 Fatal, 6 Non-Traffic Fatality) — value: 1 |

## Driver

- **DL Type:** 5 (E/Operator)
- **Required Endorsements:** 3 (No Req. Endorsement)
- **Driver Distracted By:** 88 (Unknown)
- **Driver Vision Obstructions:** 1 (Vision Not Obscured)

### Drivers Actions at Time of Crash
- **1st:** 17 (Exceeded Posted Speed)
- **2nd:** (blank)
- **3rd:** (blank)
- **4th:** (blank)

### Condition At Time of Crash
- 88 (Unknown)

## Driver or Passenger

- **Helmet Use (HU):** (blank)
- **Eye Protection (EP):** (blank)
- **Restraint Systems (RS):** 3 (Shoulder and Lap Belt Used)

### Motor Vehicle Seating Position
- **Seat (LOC):** 1 (Left)
- **Row:** 1 (Front)
- **Other:** (blank)

### Ejection (EJECT)
- 1 (Not Ejected)

### Air Bag Deployed
- 3 (Deployed-Front)

## Non-Motorist
(Not applicable)

## Alcohol/Drug/EMS

| Field | Value |
|---|---|
| SUSPECTED ALCOHOL USE | 1 (No) |
| ALCOHOL TESTED | (blank) |
| ALCOHOL TEST TYPE | (blank) |
| ALCOHOL TEST RESULT | (blank) |
| BAC | (blank) |
| SUSPECTED DRUG USE | 1 (No) |
| DRUG TESTED | (blank) |
| DRUG TEST TYPE | (blank) |
| DRUG TEST RESULT | (blank) |
| SOURCE OF TRANSPORT TO MEDICAL FACILITY | 1 (Not Transported) |
| EMS AGENCY NAME OR ID | |
| EMS RUN NUMBER | |
| MEDICAL FACILITY TRANSPORTED TO | |

## Additional Passengers
(None listed)

HSMV 90010 S

Page 3 of 6

| NARRATIVE | Reporting Agency Case Number 1806010041761 | HSMV Crash Report Number 87851296 |
|---|---|---|

IN REFERENCE TO CASE #1806010041785 DRIVER 1 WAS TRAVELING WESTBOUND ON NW 72ND ST FROM NW 5TH AVE. DRIVER 1 WAS SEEN DRIVING VEH 1 INTO VEH 2 THAT WAS PARKED IN FRONT OF 515 NW 72ND ST BEFORE EXITING OUT THE VEHICLE AND FLEEING NORTHBOUND FROM THE TRAFFIC CRASH. DRIVER OF VEH 1 WAS POSITIVELY IDENTIFIED BY OFC J.GUZMAN FLEEING THE SCENE OF THE TRAFFIC CRASH. NO INURIES WERE REPORTED. NO OTHER INFORMATION.

**ADDITIONAL PASSENGERS**

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| CURRENT ADDRESS (Number and Street) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|
| | | | |

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| CURRENT ADDRESS (Number and Street) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|
| | | | |

**ADDITIONAL VIOLATIONS**

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |

**REPORTING OFFICER**

| ID/BADGE # | RANK | OFFICER NAME | DEPARTMENT | TYPE OF DEPT. |
|---|---|---|---|---|
| 43291 | OFC | BRANDON WILLIAMS | MIAMI POLICE DEPARTMENT | POLICE DEPARTMENT (PD) |

HSMV 90010 S

Page 4 of 6

| DIAGRAM | REPORTING AGENCY CASE NUMBER<br>1806010041761 | HSMV CRASH REPORT NUMBER<br>87851296 |
|---|---|---|

Diagram showing intersection of NW 5TH AVE and NW 72ND ST, with building labeled "515" to the west. Vehicles V1 and V2 shown on NW 5TH AVE with "POINT OF IMPACT" marked between them. North arrow indicated, "NOT TO SCALE".

HSMV 90010 S

Page 5 of 6

# VEHICLE

| Field | Value |
|---|---|
| VEHICLE # | 2 |
| Check if Commercial | |
| Reporting Entity Case Number | 1806010041761 |
| DHSMV Crash Report Number | 87851296 |
| 1 Vehicle in Transport / 2 Parked Motor Vehicle / 3 Working Vehicle | 2 |
| VEHICLE LICENSE NUMBER | 037TJV |
| STATE | FL |
| REGISTRATION EXPIRES | 03/06/2019 |
| Check if Permanent Registration | |
| VIN | 1FTRX17253NA61447 |
| Hit and Run: 1 No / 2 Yes / 88 Unknown | 1 |
| YEAR | 2003 |
| MAKE | FORD |
| MODEL | F150 |
| STYLE | PICKUP |
| COLOR | MAROON, BURGUNDY (PURPL) |
| DAMAGE: 1 Disabling / 2 Functional / 3 None / 4 Minor / 88 Unknown | 1 |
| EST. AMOUNT | $0.00 |
| INSURANCE COMPANY (DRIVER) | PROGRESSIVE AMERICAN IN |
| INSURANCE POLICY NUMBER | 47011468 |
| Towed due to Damage: 1 No / 2 Yes | 1 |
| VEHICLE REMOVED BY: 1 Rotation / 2 Owner Request / 3 Driver / 4 Other, Explain in Narrative | 77 |
| NAME OF VEHICLE OWNER | ERICK J MALTEZ |
| CURRENT ADDRESS | 6215 W 22 CT APT 4 |
| CITY & STATE | HIALEAH, FL |
| ZIP | 33016 |

**Vehicle Traveling:** Off-Road

**ON STREET, ROAD, HIGHWAY:** NW 72ND ST

**AT EST. SPEED:** 0    **POSTED SPEED:** 30    **TOTAL LANES:** 2

**Area of Initial Impact:** 02    **Most Damaged Area:** 02

## Vehicle Body Type
1 — 1 Passenger Car

## Trafficway
1 — Two-Way, Not Divided

## Comm GVWR/GCWR
4 — Not Applicable

## Most Harmful Event
14 — Motor Vehicle in Transport

## Sequence of Events
1st: 14    2nd: (blank)    3rd: (blank)    4th: (blank)

## Roadway Grade
1 — Level

## Roadway Alignment
1 — Straight

## Vehicle Maneuver Action
8 — Parked

## Traffic Control Device For This Vehicle
1 — No Controls

## Vehicle Defects
1 — None

## Emergency Vehicle Use
1 — No

## Special Function of Motor Vehicle
1 — No Special Function

## VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

HSMV 90010 S    Page 6 of 6

# FLORIDA UNIFORM TRAFFIC CITATION

**Barcode:** 1806010041785
**Citation #:** A9Y0XTE

| Field | Value |
|---|---|
| COUNTY OF | 01 MIAMI-DADE |
| CITY (IF APPLICABLE) | MIAMI |
| Agency Type | (2) P.D |
| AGENCY NAME | MIAMI POLICE DEPARTMENT |
| AGENCY # | 0101 |
| DAY OF WEEK | FRI |
| MONTH | 6 |
| DAY | 1 |
| YEAR | 2018 |
| TIME | 9:23 PM |
| NAME (PRINT) FIRST | SAMUEL |
| MIDDLE | JOHNSON |
| LAST | SCOTT |
| STREET | 17620 NW 41ST AVE |
| CITY | MIAMI |
| STATE | FL |
| ZIP CODE | 33055 |
| DATE OF BIRTH | MO 9 / DAY 5 / YR 1975 |
| RACE | H |
| SEX | M |
| HGT | 5' 10" |
| DRIVER LICENSE NUMBER | S 3 0 0 7 9 0 7 5 3 2 5 0 |
| STATE | FL |
| CLASS | E |
| CDL LICENSE | N |
| YR LICENSE EXP. | 2018 |
| COMMERCIAL VEHICLE | NO |
| YR VEHICLE | 2007 |
| MAKE | JEEP |
| STYLE | 4D |
| COLOR | BLK |
| PLACARDED HAZARDOUS MATERIAL | NO |
| VEHICLE LICENSE NO | CASL84 |
| STATE | FL |
| YEAR TAG EXPIRES | 2018 |
| ≥16 PASSENGERS | NO |
| MOTORCYCLE | NO |
| Companion UTC | NO |

**LOCATION:** NW 7TH AVE & NW 71ST ST, E FROM - TRAVELING E
**DIRECTION:** E OF NODE

## OFFENSE

- [x] CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED.

**OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:**
- RECKLESS DRIVING - PROPERTY DAMAGE/PERSONAL INJURY

| Field | Value |
|---|---|
| IN VIOLATION OF STATE STATUTE | 316.192 |
| SUB-SECTION | (3)(a)(b)(c)1 |
| CRASH | YES |
| PROPERTY DAMAGE | YES $ |
| INJURY TO ANOTHER | NO |
| SERIOUS BODILY INJURY TO ANOTHER | NO |
| FATAL | NO |
| RE-EXAM | NO |
| DL SEIZED | NO |

Citation: A9Y0-XTE

**COURT INFORMATION:**
CLERK OF COURTS
1351 NW 12TH STREET
MIAMI, FL 33125
(305) 275-1111
WWW.MIAMI-DADECLERK.COM

**OFFICER:** OFC. J GUZMAN
**BADGE NO:** 42843
**ID NO:** 42843
**TROOP UNIT:** 12/B/N

- [x] I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 07/12)
ELECTRONIC REPORT

---

## COMPLAINT

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED.
PAY A CIVIL PENALTY IN THE AMOUNT OF $ _____
CASE NO. _____ DOCKET NO. _____ PAGE NO. _____

COURT ACTION AND OTHER ORDERS
(blank)

# FLORIDA UNIFORM TRAFFIC CITATION

**Barcode:** 1806010041785
**Citation:** A9Y0XRE

| Field | Value |
|---|---|
| COUNTY OF | 01 MIAMI-DADE |
| CITY (IF APPLICABLE) | MIAMI |
| Agency | (2) P.D |
| AGENCY NAME | MIAMI POLICE DEPARTMENT |
| AGENCY # | 0101 |
| DAY OF WEEK | FRI |
| MONTH | 6 |
| DAY | 1 |
| YEAR | 2018 |
| TIME | 9:23 PM |
| NAME (FIRST) | SAMUEL |
| MIDDLE | JOHNSON |
| LAST | SCOTT |
| STREET | 17620 NW 41ST AVE |
| CITY | MIAMI |
| STATE | FL |
| ZIP CODE | 33055 |
| DATE OF BIRTH | MO 9 DAY 5 YR 1975 |
| RACE | H |
| SEX | M |
| HGT | 5' 10" |
| DRIVER LICENSE NUMBER | S 3 0 0 7 9 0 7 5 3 2 5 0 |
| STATE | FL |
| CLASS | E |
| CDL LICENSE | N |
| YR LICENSE EXP | 2018 |
| YR VEHICLE | 2007 |
| MAKE | JEEP |
| STYLE | 4D |
| COLOR | BLK |
| VEHICLE LICENSE NO | CASL84 |
| STATE | FL |
| YEAR TAG EXPIRES | 2018 |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 7TH AVE & NW 71TH ST,  E FROM  - TRAVELING E

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
- CRASH - LEAVING SCENE WITHOUT GIVING INFORMATION MORE THAN $50 DAMAGE (SPECIFY AMOUNT)

IN VIOLATION OF STATE STATUTE
SECTION 316.061  SUB-SECTION (1)

CRASH: YES
PROPERTY DAMAGE: YES
INJURY TO ANOTHER: NO
SERIOUS BODILY INJURY TO ANOTHER: NO
FATAL: NO

[X] CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

A9Y0-XRE

CLERK OF COURTS
1351 NW 12TH STREET
MIAMI, FL 33125
(305) 275-1111
WWW.MIAMI-DADECLERK.COM

OFC. J GUZMAN  BADGE NO 42843  ID NO 42843  TROOP UNIT 12/B/N

[X] I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 07/12)
ELECTRONIC REPORT

---

## COMPLAINT

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED. PAY A CIVIL PENALTY IN THE AMOUNT OF $ _____

CASE NO. _____  DOCKET NO. _____  PAGE NO. _____

DATE | COURT ACTION AND OTHER ORDERS

BAIL FIXED AT $ _____ OR CASH DEPOSIT OF $ _____

SIGNATURE OF PERSON GIVING BAIL

SIGNATURE OF PERSON TAKING BAIL

FINE IN THE AMOUNT OF $ _____ RECEIVED AS REQUIRED BY COURT SCHEDULE.

SIGNATURE OF CLERK

CONTINUANCE TO _____ REASON _____

CONTINUANCE TO _____ REASON _____

BOND ESTREATED _____

WARRANT ISSUED _____

VIOLATOR FAILED TO APPEAR-DRIVER LICENSE SUSPENDED

VIOLATOR ARRAIGNED ON _____ (DATE)
PLEA: _____
FINDING: _____
ADJUDICATION: _____
SENTENCE: FINE _____ COST _____
JAILED _____ DAYS
DRIVER IMPROVEMENT SCHOOL _____
OTHER _____
DRIVER LICENSE SUSPENDED OR REVOKED FOR _____ DAYS
RECOMMEND DRIVER LICENSE SUSPENSION FOR _____ DAYS
RECOMMEND RE-TEST _____

SIGNATURE OF JUDGE

TESTIMONY - JUDGE'S NOTES (OR OTHER COURT ORDERS):

APPEAL BOND OF $ _____

VIOLATOR'S FINGERPRINT WHEN APPLICABLE →

# FLORIDA UNIFORM TRAFFIC CITATION

1806010041785   A9Y0XEE

**COUNTY OF:** 01 MIAMI-DADE
**CITY (IF APPLICABLE):** MIAMI
(2) P.D ✓
**AGENCY NAME:** MIAMI POLICE DEPARTMENT
**AGENCY #:** 0101

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT** (RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | |
|---|---|---|---|---|
| FRI | 6 | 1 | 2018 | 9:23 PM |

**NAME (PRINT):** FIRST: SAMUEL   MIDDLE: JOHNSON   LAST: SCOTT
**STREET:** 17620 NW 41ST AVE
**CITY:** MIAMI   **STATE:** FL   **ZIP CODE:** 33055

| DATE OF BIRTH | MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | 9 | 5 | 1975 | H | M | 5' 10" |

**DRIVER LICENSE NUMBER:** S 3 0 0 7 9 0 7 5 3 2 5 0
**STATE:** FL   **CLASS:** E   **CDL LICENSE:** N ✓   **YR LICENSE EXP:** 2018   **COMMERCIAL VEHICLE:** NO ✓

**YR VEHICLE:** 2007   **MAKE:** JEEP   **STYLE:** 4D   **COLOR:** BLK
PLACARDED HAZARDOUS MATERIAL: NO ✓
**VEHICLE LICENSE NO:** CASL84   **TRAILER TAG NO:**   **STATE:** FL   **YEAR TAG EXPIRES:** 2018
≥ 16 PASSENGERS: NO ✓
MOTORCYCLE: NO ✓
Companion UTC: NO ✓

**UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY:**
NW 7TH AVE & NW 71TH ST,   E FROM   - TRAVELING E

S ✓ E OF NODE

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

- ✓ VIOLATION OF TRAFFIC CONTROL DEVICE

**OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:**
- FAIL TO STOP AT STEADY RED SIGNAL

RE-EXAM: NO ✓
DL SEIZED: NO ✓

**IN VIOLATION OF STATE STATUTE:** 316.075   **SECTION:** (1)(c)1

CRASH: NO   PROPERTY DAMAGE: NO   INJURY TO ANOTHER: NO   SERIOUS BODILY INJURY TO ANOTHER: NO   FATAL: NO

- ✓ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

A9Y0-XEE

OFC.   J   GUZMAN   42843   42843   12/B/N
**RANK-NAME OF OFFICER**   **BADGE NO**   **ID NO**   **TROOP UNIT**

✓ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 07/12)
ELECTRONIC REPORT

---

**COMPLAINT**

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED.
PAY A CIVIL PENALTY IN THE AMOUNT OF $ _____
CASE NO. _____   DOCKET NO. _____   PAGE NO. _____

## FLORIDA UNIFORM TRAFFIC CITATION

1806010041785    A9Y0XCE

| COUNTY OF | 01 MIAMI-DADE | | (1) F.H.P ☐  (2) P.D ☑  (3) S.O ☐  (4) OTHER ☐ |
|---|---|---|---|
| CITY (IF APPLICABLE) | MIAMI | AGENCY NAME | MIAMI POLICE DEPARTMENT |
| | | AGENCY # | 0101 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON    COMPLAINT (RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | |
|---|---|---|---|---|
| FRI | 6 | 1 | 2018 | 9:23 PM |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| SAMUEL | JOHNSON | SCOTT |

STREET: 17620 NW 41ST AVE    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | 9 | 5 | 1975 | H | M | 5' 10" |

DRIVER LICENSE NUMBER: S 3 0 0 7 9 0 7 5 3 2 5 0

| STATE | CLASS | CDL LICENSE | YR LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|
| FL | E | Y ☑ N | 2018 | YES ☐ NO ☑ |

| YR VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | JEEP | 4D | BLK | YES ☐ NO ☑ |

| VEHICLE LICENSE NO | TRAILER TAG NO | STATE | YEAR TAG EXPIRES | 2+ 16 PASSENGERS |
|---|---|---|---|---|
| CASL84 | | FL | 2018 | YES ☐ NO ☑ |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: NW 10TH AVE & NW 67TH ST,    E FROM - TRAVELING E

MOTORCYCLE: YES ☐ NO ☑
Companion UTC: YES ☐ NO ☑

FT ____ MILES ____ N ☐ S ☐ E ☑ W ☐ OF NODE ____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

- ☐ UNLAWFUL SPEED ____ MPH   SPEED APPLICABLE ____ MPH
  - ☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT
- SPEED MEASUREMENT DEVICE: ____
- ☐ CARELESS DRIVING
- ☑ VIOLATION OF TRAFFIC CONTROL DEVICE
- ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
- ☐ IMPROPER LANE CHANGE OR COURSE
- ☐ NO PROOF OF INSURANCE
- ☐ VIOLATION OF RIGHT-OF-WAY
- ☐ IMPROPER PASSING
- ☐ CHILD RESTRAINT
- ☐ SAFETY BELT VIOLATION
- ☐ IMPROPER OR UNSAFE EQUIPMENT
- ☐ EXPIRED TAG SIX (6) MONTHS OR LESS
- ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
- ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
- ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
- ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
- ☐ NO VALID DRIVER LICENSE
- ☐ DRIVING UNDER THE INFLUENCE
- ☐ Passenger Under 18 Yrs.
- BAL ____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
- FAIL TO STOP AT STEADY RED SIGNAL, ONE WAY STREET, BEFORE MAKING LEFT TURN

RE-EXAM: YES ☐ NO ☑
DL SEIZED: YES ☐ NO ☑

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.075 | SUB-SECTION (1)(c)1b |
|---|---|---|---|

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| YES ☐ NO ☑ | YES $ ____ ☐ NO ☑ | YES ☐ NO ☑ | YES ☐ NO ☑ | YES ☐ NO ☑ |

- ☐ CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
- ☐ INFRACTION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
- ☑ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

A9Y0-XCE

CIVIL PENALTY IS ____
COURT INFORMATION    DATE ____    TIME ____
CLERK OF COURTS
1351 NW 12TH STREET     COURT: MIAMI    FL
33125    (305) 275-1111    LOCATION: WWW.MIAMI-DADECLERK.COM

ARREST DELIVERED TO ____    DATE ____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| | OFC. | J | GUZMAN | 42843 | 42843 | 12/B/N |
|---|---|---|---|---|---|---|
| RANK-NAME OF OFFICER | | | | BADGE NO | ID NO | TROOP UNIT |

☑ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 07/12)
ELECTRONIC REPORT

---

## COMPLAINT

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED.
PAY A CIVIL PENALTY IN THE AMOUNT OF $ ____
CASE NO. ____    DOCKET NO. ____    PAGE NO. ____

| DATE | COURT ACTION AND OTHER ORDERS |
|---|---|
| | |

BAIL FIXED AT $ ____    OR CASH DEPOSIT OF $ ____

SIGNATURE OF PERSON GIVING BAIL ____

SIGNATURE OF PERSON TAKING BAIL ____

FINE IN THE AMOUNT OF $ ____    RECEIVED AS REQUIRED BY COURT SCHEDULE.
SIGNATURE OF CLERK ____

CONTINUANCE TO ____    REASON ____
CONTINUANCE TO ____    REASON ____
BOND ESTREATED ____
WARRANT ISSUED ____
VIOLATOR FAILED TO APPEAR-DRIVER LICENSE SUSPENDED
VIOLATOR ARRAIGNED ON ____ (DATE)
PLEA: ____
FINDING: ____
ADJUDICATION: ____
SENTENCE: FINE ____    COST ____
JAILED ____    DAYS ____
DRIVER IMPROVEMENT SCHOOL ____
OTHER ____
DRIVER LICENSE SUSPENDED OR REVOKED FOR ____ DAYS
RECOMMEND DRIVER LICENSE SUSPENSION FOR ____ DAYS
RECOMMEND RE-TEST ____

SIGNATURE OF JUDGE ____

TESTIMONY - JUDGE'S NOTES (OR OTHER COURT ORDERS):

APPEAL BOND OF $ ____

VIOLATOR'S FINGERPRINT WHEN APPLICABLE →