# INCIDENT SEARCH
# WITH INCIDENT DETAILS
**6/1/2018 to 6/1/2018**

---

**INCIDENT NUMBER:** LM118060100175697  **REPORT NUMBER:** 1806010041764
**SIGNAL:** 22 - STOLEN VEHICLE  **PRIORITY:**  **DISPOSITION:** 01R - CALL COMPLETED/REPORT
**ADDRESS:** 563 NW 48TH ST **APT:**  **BEAT:** P125  **NET:** Little Haiti
**PRIMARY UNIT:** 1225  **PRI OFFICER:** 43732
**DISPATCHED:** 6/1/2018  6:22:58 PM  **ARRIVAL:**  **IN SERVICE:** 6/1/2018  8:22:27 PM
**CALLER:** SAMUAL **/** NW 54t **/** 786 4420054
**COMMENTS:**
OCC TO CMP 07 BLK JEEP COMPASS BY UNK OFFNDR ***BOLO FOR A BLK 2007 JEEP COMPASS T/CASL84 LS AT NW 6TH AV/48 ST

**PLAINTIFF'S EXHIBIT 10**