## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:21-cv-23995

**SAMUEL SCOTT, JR.**

**Plaintiff,**

**vs.**

**CITY OF MIAMI, et al**

**Defendants**

_____/

### MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on February 21, 2023.

 (a) All individual parties and their respective counsel were present, and each possessed the requisite authority.

(b) The outcome of the mediation conference was:

**THE PARTIES WERE UNABLE TO AGREE.**

George F. Knox, Mediator