**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cv-23995-HUCK/Becerra**

**SAMUEL SCOTT JR.**,

    Plaintiff,

**v.**

**CITY OF MIAMI, et al**,

    Defendants.

_____/

## ORDER

    For the reasons stated in the Court's Order granting Defendants' Motion for Summary Judgment, it is hereby,

    **ORDERED** that final judgment is entered in favor of Defendants City of Miami, Jonathon Guzman, Michael Bloom, Miguel Hernandez, and Randy Carriel.  Plaintiff Samuel Scott Jr. shall take nothing by this action. The Clerk is directed to **DENY AS MOOT** all pending motions.

    **DONE AND ORDERED** in Chambers in Miami, Florida on March 21, 2023.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Jacqueline Becerra
Counsel of Record