## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 2021-CV-23995-PCH/JB

**SAMUEL SCOTT JR**,
Plaintiff,

v.

**CITY OF MIAMI, et al,**
Defendants.

## NOTICE OF APPEAL

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, **SAMUEL SCOTT JR**, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendants' Joint Motion for Summary Judgment (ECF No. 83) and the ensuing Final Judgment (ECF No. 84) arising from said order. These orders were entered by the Southern District Court of Florida on March 21, 2023. This appeal is made to the United States Court of Appeals for the Eleventh Circuit.

## CERTIFICATION

I certify that a copy hereof has been electronically filed with the Clerk of the Court on or about April 15, 2023. I certify that a copy hereof has been electronically served on the below listed attorneys of record.

PIERRE **SIMON**
Attorneys for Plaintiff
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315
By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193

**Service List**
**Lourdes Espino Wydler**
Wydler Law



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

Douglas Centre 2600 Douglas Road Suite Ph-4
Coral Gables, FL 33134
305-446-5528
305-446-0995
Lew@marrerolegal.com

**Brandon Luis Fernandez**
City of Miami
Office of the City Attorney
444 Sw 2nd Ave Suite 945
Miami, FL 33130
305-416-1800
305-416-1801
Bfernandez@miamigov.com