UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  21-cv-23995-HUCK/Becerra

SAMUEL SCOTT JR.,

    Plaintiff,

vs.

CITY OF MIAMI, a
Political subdivision of the
State of Florida, et al.,

    Defendants.
_____/

## DEFENDANTS' MOTION TO TAX COSTS

Defendants, CITY OF MIAMI, JONATHON GUZMAN, MICHAEL BLOOM, MIGUEL HERNANDEZ, and RANDY CARRIEL, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 54 and Southern District of Florida Rule 7.3, hereby move for entry of an Order taxing costs upon the following grounds:

1. This is a civil rights action arising from Plaintiff's arrest on June 1, 2018 in which Defendants were granted summary judgment on all counts of Plaintiff's Complaint. [ECF No. 83]. The Court entered a Final Judgment on March 21, 2023. [ECF No. 84].

2. The Defendants had costs incurred to defeat the allegations in the Complaint on Defendants' Joint Motion for Summary Judgment. This case required development of a comprehensive record involving several depositions and extensive written discovery. The case involved an oral argument on the merits of the case regarding the motion for summary judgment before Judge Paul C. Huck. The Defendants also had to prepare as if trial was proceeding.

3. Pursuant to 28 USC §1920, Rule 54(d), and S.D. Fla. Local Rule 7.3, the Defendant should receive an award reimbursing costs. The presumption is in favor of the award of costs, particularly where Congress has provided for the imposition of such costs. *Arcadian Fertilizer, L.P. v. MPW Indus. Servs. Inc.,* 249 F.3d 1293, 1296 (11th Cir. 2001). The total amount of costs that should be awarded to the Defendants is in the amount of $10,642.85. A Bill of Costs, Form AO133, consistent with the S.D. Fla. Local Rules is attached hereto as **Exhibit A**.

4. An itemization of the taxable costs, along with copies of the invoices, are attached hereto as **Composite Exhibit B**. The original invoices are available for inspection.

5. The undersigned has fully reviewed the billing file and documentation verifying the itemization in this Motion to Tax Costs. The costs associated with the service of subpoenas, court reporter, exemplification charges, witness fees, and clerk fees were necessarily obtained for use in this case. 28 U.S.C. § 1920(4); *EEOC v. W & O, Inc.,* 213 F.3d 600, 622-23 (11th Cir. 2000). This Motion is justified and appropriate under the circumstances. Additionally, the Bill of Costs is reasonable and has a sound factual basis. Defendants request this Court enter an Order awarding statutorily mandated costs.

6. In accordance with Local Rule 7.3, the undersigned Lourdes Wydler, Esq. conferred with Plaintiff's counsel, Faudlin Pierre, Esq., via email on April 19, 2023 and spoke on April 20, 2023, providing an explanation of the basis for the relief sought herein, a draft copy of this motion, and a Bill of Costs. Mr. Pierre opposes the relief sought on the entitlement to costs and the amount determination.

## **MEMORANDUM OF LAW**

"Unless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). The taxable costs allowable to Defendant under Rule 54(d)(1) are limited to those authorized by Congress. 28 U.S.C. § 1920 sets forth the allowable costs and provides as follows:

> A judge or clerk of any court of the United States may tax as costs the following:
>
> (1) Fees of the clerk and marshal;
> (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
> (3) Fees and disbursements for printing and witnesses;
> (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
> (5) Docket fees under section 1923 of this title;
> (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.
>
> A bill of costs shall be filed in this case and, upon allowance included in the judgment or decree.

*See* 28 U.S.C. §1920.

The costs incurred were reasonable and necessary to defend the counts against the Defendants. This Court should therefore grant the taxation of costs because the Defendants were the prevailing party to the matter.

WHEREFORE, based upon the foregoing, the Defendants, CITY OF MIAMI, JONATHON GUZMAN, MICHAEL BLOOM, MIGUEL HERNANDEZ, and RANDY CARRIEL, request this Honorable Court enter an Order granting costs.

## VERIFICATION

BEFORE ME, this day personally appeared **LOURDES ESPINO WYDLER**, who first being duly sworn, deposes and says that she has fully reviewed the data supporting this Motion to Tax Costs and the billing file and that the motion is justified and based in fact.

FURTHER AFFIANT SAYETH NOT.

_____
LOURDES E. WYDLER

Sworn and subscribed before me this 20 day of April, 2023.

_____
Notary Public, State of Florida

My Commission Expires:

DINAH LOPEZ
MY COMMISSION # HH 096049
EXPIRES: April 10, 2025
Bonded Thru Notary Public Underwriters

I HEREBY CERTIFY that on this 20th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| /s/ _Brandon L. Fernandez_____ | /s/ _Lourdes Espino Wydler_____ |
| Victoria Mendez, City Attorney | Lourdes Espino Wydler (FBN: 719811) |
| Brandon L. Fernandez (FBN: 1002969) | lew@wydlerlaw.com |
| Assistant City Attorney | Lauren D. Martin (FBN: 1034166) |
| bfernandez@miamigov.com | ldm@wydlerlaw.com |
| tmickens@miamigov.com | WYDLER LAW |
| dbailey@miamigov.com | 2600 Douglas Road, PH-4 |
| Bryan Capdevila, Esquire | Coral Gables, FL 33134 |
| Florida Bar No: 119286 | Tel: (305) 446-5528 |
| Office of the City Attorney | Fax: (305) 446-0995 |
| City of Miami | *Attorneys for Defendant Hernandez* |
| 444 S.W. 2nd Avenue, 9th Floor | |
| Miami, FL 33130-1910 | |
| BCapdevila@miamigov.com | |
| (305) 416-1800 | |
| (305) 400-5071 (fax) | |
| *Attorneys for Defendants City of Miami, Guzman, Bloom, Williams, and Carriel* | |

**SERVICE LIST**

Counsel for Plaintiff:
Faudlin Pierre, Esq.
FBN: 56770
Fplaw08@yahoo.com
PIERRE SIMON
60 S.W. 4th Avenue
Ft. Lauderdale, FL 33315
(305) 336-9193
Secondary E-mails:
jennito.simon@gmail.com
fparalegal@gmail.com