# BILL OF COSTS

## A. FEES FOR SERVICE OF SUBPOENAS

| | | |
|---|---|---:|
| 12/15/2022 | Service of Subpoena to T-Mobile Subpoena Compliance | 30.00 |
| 12/15/2022 | Service of Subpoena to Mastec Network Solutions | 30.00 |
| 12/21/2022 | Service of out-town Subpoena to GEICO | 60.00 |
| 12/30/2022 | Service of Subpoena to Emily G. Johnson Bryant | 30.00 |
| 1/03/2023 | Service of out-of-state Subpoena to Dean A. Wanliss (non-served) | 95.00 |
| 1/03/2023 | Service of Subpoena to Arran Bryant | 30.00 |
| 1/16/2023 | Service of out-of-town Subpoena to Dept. of Economic Opportunity | 60.00 |
| | **SUBTOTAL** | **$ 335.00** |

## B. COURT REPORTER

| | | |
|---|---|---:|
| 12/16/2022 | US Legal Support (Samuel Scott, Jr.) | 1,594.55 |
| 12/16//2022 | US Legal Support (Samuel Scott, Jr.) | 815.65 |
| 12/28/2022 | Scott Reporting LLC (Jonathan Guzman) | 1,743.00 |
| 1/06/2023 | Scott Reporting LLC (Randy Carriel) | 1,480.00 |
| 1/06/2023 | Scott Reporting LLC (Miguel Hernandez) | 1,232.00 |
| 1/12/2023 | Scott Reporting LLC (Gary Sampson) | 382.50 |
| 1/13/2023 | Scott Reporting LLC (Michael Bloom) | 2,112.00 |
| 1/16/2023 | US Legal Support (Arran Bryant and Emily J. Bryant) | 948.15 |
| | **SUBTOTAL** | **$10,307.85** |

**TOTAL COSTS**……………………………………............ **$10,642.85**

# A. FEES FOR SERVICE OF SUBPOENAS



**INVOICE**



Invoice #DLE-2022053065
12/15/2022

Original Date: 12/14/2022

**Send Payments To:**
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:22-CV-23995-HUCK/BECERRA**

Plaintiff:
**SAMUEL J. SCOTT, JR.**

Defendant:
**THE CITY OF MIAMI, ET AL.**

Received: 12/14/2022   Served: 12/14/2022 12:35 pm   EMAILED - PER CLIENT
To be served on: Records Custodian T-Mobile Subpoena Compliance

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Email | 1.00 | 30.00 | 30.00 |
| **TOTAL CHARGED:** | | | $30.00 |

**BALANCE DUE:**  $30.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u



**INVOICE**

Invoice #DLE-2022053104
12/15/2022



**Send Payments To:**
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:22-CV-23995-HUCK/BECERRA**

Plaintiff:
**SAMUEL J. SCOTT, JR.**

Defendant:
**THE CITY OF MIAMI, ET AL.**

Received: 12/14/2022   Served: 12/15/2022 3:15 pm   CORPORATE
To be served on: Personnel Records Custodian and/or Mastec Network Solutions Legal Dept

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Miami-Dade | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

**BALANCE DUE:** $30.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u



**INVOICE**

Invoice #DLE-2022053426
12/21/2022



Send Payments To:
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:22-CV-23995-HUCK/BECERRA**

Plaintiff:
**SAMUEL J. SCOTT, JR.**

Defendant:
**THE CITY OF MIAMI, ET AL.**

Received: 12/16/2022   Served: 12/19/2022 5:15 pm  ELECTRONIC - CFO
To be served on: Records Custodian Geico Indemnity Company c/o: Chief Financial Officer

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Processing Fee Check: Out Of Pocket Expense | 1.00 | 15.55 | 15.55 |
| **TOTAL CHARGED:** | | | **$75.55** |

| | |
|---|---|
| **BALANCE DUE:** | **$75.55** |

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u



**INVOICE**

Invoice #DLE-2022054033
12/30/2022

Original Date: 12/23/2022



**Send Payments To:**
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 21-CV-23995-HUCK**

Plaintiff:
**SAMUEL SCOTT JR.,**

Defendant:
**CITY OF MIAMI, a Political subdivision of the
State of Florida, JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS,
MIGUEL HERNANDEZ and RANDY CARRIEL**

Received: 12/21/2022   Served: 12/22/2022 2:38 pm   SUBSTITUTE - RESIDENTIAL
To be served on: Emily G. Johnson Bryant

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Miami-Dade | 1.00 | 30.00 | 30.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | **$70.00** |

**BALANCE DUE:** $70.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n    Page 1 / 1



**INVOICE**



Invoice #DLE-2022053404
1/3/2023

**Send Payments To:**
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 21-CV-23995-HUCK**

Plaintiff:
**SAMUEL SCOTT JR.,**

Defendant:
**CITY OF MIAMI, a Political subdivision of the
State of Florida, JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS,
MIGUEL HERNANDEZ and RANDY CARRIEL**

Received: 12/15/2022   Non-Served: 1/3/2023 NON-SERVE - COMMENTS
To be served on: Dean A Wanliss

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of State | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $95.00 |

**BALANCE DUE:** $95.00

**Comments pertaining to this invoice:**
12/28/2022  5:33 pm  Attempted service at 1315 White Oak Court SE, Conyers, GA 30013,Current residents called and said they are new renters and moved in 1 month ago. No knowledge defendant 404-635-8734.
1/3/2023  10:10 am  NON-SERVED AS PER CLIENT'S REQUEST.

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.



**INVOICE**

Invoice #DLE-2022054347
1/3/2023

Original Date: 12/28/2022



Send Payments To:
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 21-CV-23995-HUCK**

Plaintiff:
**SAMUEL SCOTT JR.,**

Defendant:
**CITY OF MIAMI, a Political subdivision of the
State of Florida, JONATHAN GUZMAN, MICHAEL BLOOM, BRANDON WILLIAMS,
MIGUEL HERNANDEZ and RANDY CARRIEL**

Received: 12/22/2022   Served: 12/27/2022 1:20 pm   INDIVIDUAL/PERSONAL
To be served on: Arran Bryant

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Miami-Dade | 1.00 | 30.00 | 30.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | **$70.00** |

**BALANCE DUE:** $70.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over
120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for
invoices sent to collections.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1



**INVOICE**

Invoice #DLE-2023001567
1/16/2023



Send Payments To:
DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:22-CV-23995-HUCK/BECERRA**

Plaintiff:
**SAMUEL J. SCOTT, JR.**

Defendant:
**THE CITY OF MIAMI, ET AL.**

Received: 1/12/2023   Served: 1/13/2023 3:20 pm   CORPORATE
To be served on: Records Custodian Department Of Economic Opportunity Office of the General Counsel

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Rush Service - Subpoena Out Of Tri-County | 1.00 | 60.00 | 60.00 |
| **TOTAL CHARGED:** | | | $120.00 |



**BALANCE DUE:**  $120.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1

# B. COURT REPORTER



# INVOICE

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220324165-12 | 12/16/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6281805 | 12/5/2022 | $1594.55 |

| Case Name |
|---|
| Samuel Scott, Jr. v. City of Miami |

**Lourdes Wydler, Esquire**
Marrero & Wydler, P.A.
2600 Douglas Road # Penthouse 4
Coral Gables FL 33134

| Case No. |
|---|
| 21cv23995 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Lourdes Wydler, Esquire<br>Marrero & Wydler, P.A.<br>2600 Douglas Road # Penthouse 4<br>Coral Gables FL 33134 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 4.00 | Hours | $95.00 | $380.00 |
| ORIGINAL TRANSCRIPT OF: Samuel Scott, Jr. | | | | |
| Original | 218.00 | Pages | $4.55 | $991.90 |
| Exhibit | 6.00 | Pages | $0.65 | $3.90 |
| Exhibits (Color) | 3.00 | Pages | $1.25 | $3.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| **Total Due** | | | | **$1594.55** |
| AFTER 1/30/2023 PAY | | | | $1,594.55 |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $0.00 |
| (=) New Balance | | | | $1594.55 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                  Phone: 305-446-5528

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220324167-12 | 12/16/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6281805 | 12/5/2022 | $815.65 |

**Case Name**

Samuel Scott, Jr. v. City of Miami

**Case No.**

21cv23995

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

**Brandon Fernandez, Esquire**
City of Miami Attorney's Office
444 Southwest 2nd Avenue
Miami FL 33130

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Brandon Fernandez, Esquire<br>City of Miami Attorney's Office<br>444 Southwest 2nd Avenue<br>Miami FL 33130 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Samuel Scott, Jr. | | | | |
| Copy | 218.00 | Pages | $3.50 | $763.00 |
| Exhibit | 6.00 | Pages | $0.65 | $3.90 |
| Exhibits (Color) | 3.00 | Pages | $1.25 | $3.75 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | Total Due | | | $815.65 |
| | AFTER 1/30/2023 PAY | | | $815.65 |
| | (-) Payments/Credits | | | $0.00 |
| | (+) Finance Charges/Late Fees | | | $0.00 |
| | (=) New Balance | | | $815.65 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                   Phone: 305-914-9010

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| | | | | | |
|---|---|---|---|---|---|
| Brandon Fernandez, Esquire<br>City of Miami Attorney's Office<br>444 Southwest 2nd Avenue<br>Miami FL 33130 | Invoice No. | 20220324167-12 | Invoice Date | 12/16/2022 |
| | Job No. | 6281805 | Case No. | 21cv23995 |
| | Total Due | $815.65 | | |

Remit To:  **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

PAY BY CREDIT CARD  

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**         **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**



Scott Reporting LLC
3350 SW 148th Avenue
Suite 110, Miramar, FL 33027 United States
info@scott-reporting.com | 954-918-4848

Invoice #111445

Issue date
Jan 4, 2023

# EXPEDITED TRANSCRIPT 12-28-2022 Samuel Scott Jr. v. City of Miami

Deposition Transcript of Jonathan Guzman
We appreciate your business.

**Customer**
Brandon Fernandez, Esq
City of Miami, Office of City Attorney
bfernandez@miamigov.com
305-416-1800
444 Southwest 2nd Avenue
Miami, FL 33130

**Invoice Details**
PDF created January 18, 2023
$1,743.00

**Payment**
Due January 4, 2023
$1,743.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| *Expedited Deposition Transcript: 4 - 5 day | 249 pa | $7.00/pa | $1,743.00 |
| Subtotal | | | $1,743.00 |
| **Total Due** | | | **$1,743.00** |



Pd on 1/18/2023



**Pay online**
To pay your invoice go to https://gosq.me/u/yfrj8Ulx
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



Scott Reporting LLC
3350 SW 148th Avenue
Suite 110, Miramar, FL 33027 United States
info@scott-reporting.com | 954-918-4848

Invoice #111448

Issue date
Jan 11, 2023

# EXPEDITED TRANSCRIPT 01-06-2023 Samuel Scott Jr. v. City of Miami (Depo Carriel)

Deposition Transcript of Randy Carriel
We appreciate your business.

**Customer**
Brandon Fernandez, Esq
City of Miami, Office of City Attorney
bfernandez@miamigov.com
305-416-1800
444 Southwest 2nd Avenue
Miami, FL 33130

**Invoice Details**
PDF created January 18, 2023
$1,480.00

**Payment**
Due January 11, 2023
$1,480.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| *Expedited Deposition Transcript: 2 - 3 day | 185 pa | $8.00/pa | $1,480.00 |
| Subtotal | | | $1,480.00 |

**Total Due**  $1,480.00 ✓



pd 1/18/23



**Pay online**
To pay your invoice go to https://gosq.me/u/puWS6QQ3
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



Scott Reporting LLC
3350 SW 148th Avenue
Suite 110, Miramar, FL 33027 United States
info@scott-reporting.com | 954-918-4848

Invoice #111455

Issue date
Jan 20, 2023

# EXPEDITED TRANSCRIPT 01-06-2023 Samuel Scott Jr. v. City of Miami (Depo Hernandez)

Deposition Transcript of Miguel Hernandez
We appreciate your business.

Additional Recipients: dinah@marrerolegal.com

**Customer**
Brandon Fernandez, Esq
City of Miami, Office of City Attorney
bfernandez@miamigov.com
305-416-1800
444 Southwest 2nd Avenue
Miami, FL 33130

**Invoice Details**
PDF created January 21, 2023
$1,232.00

**Payment**
Due January 20, 2023
$1,232.00

| Items | Quantity | Price | Amount |
| --- | --- | --- | --- |
| *Expedited Deposition Transcript: 2 - 3 day | 154 pa | $8.00/pa | $1,232.00 |
| Subtotal | | | $1,232.00 |
| **Total Due** | | | **$1,232.00** |





**Pay online**
To pay your invoice go to https://gosq.me/u/GTl1AqAb
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**Dinah Lopez**

| | |
|---|---|
| From: | Scott Reporting LLC <invoicing@messaging.squareup.com> |
| Sent: | Monday, January 23, 2023 5:20 PM |
| To: | Dinah Lopez |
| Subject: | You paid an invoice! (#111456) |



## Scott Reporting LLC

Invoice Paid

# $382.50

Paid with American Express 2009 on January 23, 2023 at 5:20 PM

**EXPEDITED TRANSCRIPT 01-12-2023 Samuel Scott Jr. v. City of Miami (Depo Sampson)**

Invoice #111456

January 23, 2023

**Customer**

Brandon Fernandez, Esq

City of Miami, Office of City Attorney

bfernandez@miamigov.com

305-416-1800

444 Southwest 2nd Avenue

Miami, FL 33130

1



**Scott Reporting LLC**
3350 SW 148th Avenue
Suite 110, Miramar, FL 33027 United States
info@scott-reporting.com | 954-918-4848

Invoice #111452

Issue date
Jan 19, 2023

# EXPEDITED TRANSCRIPT 01-13-2023 Samuel Scott Jr. v. City of Miami (Depo Bloom)

Deposition Transcript of Michael Bloom
We appreciate your business.

**Customer**
Brandon Fernandez, Esq
City of Miami, Office of City Attorney
bfernandez@miamigov.com
305-416-1800
444 Southwest 2nd Avenue
Miami, FL 33130

**Invoice Details**
PDF created January 19, 2023
$2,112.00

**Payment**
Due January 19, 2023
$2,112.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| *Expedited Deposition Transcript: 2 - 3 day | 264 pa | $8.00/pa | $2,112.00 |
| Subtotal | | | $2,112.00 |

**Total Due**   $2,112.00





**Pay online**
To pay your invoice go to https://gosq.me/u/ftY0hMat
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230340880-12 | 1/16/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6284404 | 1/3/2023 | $948.15 |

**Case Name**

Samuel Scott, Jr. v. City of Miami

**Case No.**

21cv23995

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

**Lourdes Wydler, Esquire**
**Marrero & Wydler, P.A.**
**2600 Douglas Road # Penthouse 4**
**Coral Gables FL 33134**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Lourdes Wydler, Esquire<br>Marrero & Wydler, P.A.<br>2600 Douglas Road # Penthouse 4<br>Coral Gables FL 33134 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 2.00 | Hours | $95.00 | $190.00 |
| ORIGINAL TRANSCRIPT OF: Arran Bryant | | | | |
| Original | 51.00 | Pages | $4.55 | $232.05 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| ORIGINAL TRANSCRIPT OF: Emily G. Johnson Bryant | | | | |
| Original | 42.00 | Pages | $4.55 | $191.10 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| **Total Due** | | | | **$948.15** |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/
Thank you for your business!

| AFTER 3/2/2023 PAY | $948.15 |
|---|---|
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $948.15 |



Tax ID : 76-0523238  Nevada Firm Registration # 067F                                    Phone: 305-446-5528

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.