UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-23995-HUCK/Becerra

SAMUEL SCOTT JR.,

    Plaintiff,

vs.

CITY OF MIAMI, a
Political subdivision of the
State of Florida, et al.,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO TAX COSTS

THIS CAUSE having come on to be heard on Defendants', CITY OF MIAMI, JONATHON GUZMAN, MICHAEL BLOOM, MIGUEL HERNANDEZ, and RANDY CARRIEL, Motion to Tax Costs and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

ORDERED and ADJUDGED that said Motion be, and the same is hereby GRANTED/DENIED. _____.

DONE and ORDERED in Chambers, at Miami-Dade County, Florida this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record