# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 18, 2023

FILED BY ___JG___ D.C.
Oct 18, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-11280-D
Case Style: Samuel Scott, Jr. v. City of Miami, et al
District Court Docket No: 1:21-cv-23995-PCH

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 10/13/2023.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11280-D

_____

SAMUEL SCOTT, JR.,

             Plaintiff - Appellant,

versus

CITY OF MIAMI,
JONATHAN GUZMAN,
MICHAEL BLOOM,
MIGUEL HERNANDEZ,
RANDY CARRIEL,

             Defendants - Appellees,

BRANDON WILLIAMS,

             Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Samuel Scott, Jr. has failed to file an appellant's brief within the time fixed by the rules, effective October 18, 2023.

            DAVID J. SMITH
        Clerk of Court of the United States Court
         of Appeals for the Eleventh Circuit

                 FOR THE COURT - BY DIRECTION