**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-cv-23995-PCH**

SAMUEL SCOTT JR,

Plaintiff,

v.

CITY OF MIAMI, et al.,

Defendants.
_______________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** came before the Court on Magistrate Judge Lauren F. Louis's Report and Recommendation [ECF No. 112], which was entered on July 28, 2026. The Report and Recommendation addressed Defendants City of Miami, Jonathon Guzman, Michael Bloom, Miguel Hernandez, and Randy Carriel's (collectively, "Defendants") Motion to Tax Costs [ECF No. 86]. Magistrate Judge Louis recommends that the Court grant in part and deny in part Defendants' Motion to Tax Costs. The Court has reviewed the Report and Recommendation, and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby:

**ORDERED AND ADJUDGED** that Magistrate Judge Louis's Report and Recommendation is **ADOPTED**. Defendants' Motion to Tax Costs [**ECF No. 86**] is **GRANTED IN PART and DENIED IN PART**. Defendants are awarded **$6,839.65** ($305.00 for service of process fees and $6,534.65 for the deposition transcripts) in taxable costs.

**DONE AND ORDERED** in Miami, Florida on August 13, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record